# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

         Respondent,

v.

JEREMIAH McKENZIE,

         Appellant.

No. 72733-8-I

DIVISION ONE

UNPUBLISHED OPINION

FILED:   OCT 1 2 2015

PER CURIAM – Jeremiah McKenzie appeals from the judgment and sentence entered after a jury found him guilty of possession of a stolen vehicle (count I), vehicle prowl in the second degree (count II), and making or having vehicle theft tools (count III). On appeal, the State concedes that the trial court erred in denying McKenzie's motion to suppress the evidence seized following an invalid investigatory stop.

We accept the State's concession, reverse the conviction for count III, and remand with directions to dismiss the charge. We also accept the State's concession that the convictions for counts I and II should be reversed and remanded for a new trial.

Reversed and remanded for further proceedings.

For the Court:

_Duym J._

_Tricky, J_

_Leach, J._